# Order

Michigan Supreme Court
Lansing, Michigan

September 26, 2011

Robert P. Young, Jr.,
Chief Justice

142953

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 142953
COA: 299536
Wayne CC: 09-016673-01-FC

LYTELL DWAYNE HUDGINS,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the February 25, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

p0919